FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Case No:           05-45624     LMI   Judge: LAUREL M. ISICOFF  
Case Name:         HERNANDEZ, TANIA

For Period Ending: 09/30/06

Trustee Name:                JOEL L. TABAS, TRUSTEE  
Date Filed (f) or Converted (c):   10/14/05 (f)  
341(a) Meeting Date:         12/19/05  
Claims Bar Date:             07/28/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6941 SW 4 ST, MIAMI<br>  Debtor Claimed Exemption | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2. WASHINGTON MUTUAL ACCT # 831-2483XX-X (u) | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. WASHINGTON MUTUAL ACCT # 831-2464XX-XX<br>  Debtor Claimed Exemption | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS<br>  Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. USE CLOTHING<br>  Debtor Claimed Exemption | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. COSTUME JEWELRY<br>  Debtor Claimed Exemption | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. EMPLOYEE GROUP TERM LIFE POLICY | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 1992 TOYOTA<br>  Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. 1996 FORD<br>  Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. CEMETERY PLOT @ WOODLAWN PARK SOUTH | 8,000.00 | 0.00 | DA | 0.00 | FA |

LFORM1

Ver: 11.61

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 05-45624 | LMI | Judge: LAUREL M. ISICOFF | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | HERNANDEZ, TANIA | | | Date Filed (f) or Converted (c): | 10/14/05 (f) |
| | | | | 341(a) Meeting Date: | 12/19/05 |
| | | | | Claims Bar Date: | 07/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 11. 2005 TAX REFUND (u) PURSUANT TO ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION REGARDING 2005 FEDERAL INCOME TAX REFUND, DATED MAY 31, 2005, THE DEBTOR TURNED OVER THE TAX REFUND CHECK IN THE AMOUNT OF $4,917.85 AND THE TRUSTEE REFUNDED TO THE DEBTOR $1,032.75. | 0.00 | 3,885.10 | | 3,885.10 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.43 | Unknown |

TOTALS (Excluding Unknown Values)   $   310,000.00   $   3,885.10   $   3,888.53

Gross Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS HAVE BEEN FULLY ADMINISTERED. CASE CLOSING IS IN PROCESS.

Initial Projected Date of Final Report (TFR): 11/15/06    Current Projected Date of Final Report (TFR): 11/15/06

LFORM1

Ver: 11.61

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-45624 -LMI | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | HERNANDEZ, TANIA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7088  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8045 | | |
| For Period Ending: | 09/30/06 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/06 | 11 | UNITED STATES TREASURY | 2005 TAX REFUND CHECK | | 4,917.85 | | 4,917.85 |
| | | ESTATE'S INTEREST IN TAX REFUND | Memo Amount:     3,885.10 | 1224-000 | | | |
| | | DEBTOR'S INTEREST IN TAX REFUND | Memo Amount:     1,032.75 | 8500-000 | | | |
| 08/31/06 | 12 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.24 | | 4,918.09 |
| 08/31/06 | | Transfer to Acct #*******7091 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,032.75 | 3,885.34 |
| 09/29/06 | 12 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.19 | | 3,888.53 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 4,917.85 | COLUMN TOTALS | 4,921.28 | 1,032.75 | 3,888.53 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 1,032.75 | |
| | | Subtotal | 4,921.28 | 0.00 | |
| Memo Allocation Net: | 4,917.85 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 4,921.28 | 0.00 | |

Page Subtotals     4,921.28     1,032.75

Ver: 11.61

LFORM24

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-45624 -LMI | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | HERNANDEZ, TANIA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7091 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8045 | | |
| For Period Ending: | 09/30/06 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/06 | | Transfer from Acct #*******7088 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,032.75 | | 1,032.75 |
| 08/31/06 | 000101 | TANIA HERNANDEZ<br>6491 SW 4 ST<br>MIAMI, FL  33144 | DEBTOR'S INTEREST IN TAX REFUND, PURSUANT TO ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION REGARDING 2005 TAX REFUND, DATED 5/31/06 | 8500-000 | | 1,032.75 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 1,032.75 | 1,032.75 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 1,032.75 | 0.00 | |
| | | Subtotal | 0.00 | 1,032.75 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 1,032.75 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 4,917.85 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - *******7088 | | 4,921.28 | 0.00 | 3,888.53 |
| | | Checking Account (Non-Interest Earn - *******7091 | | 0.00 | 1,032.75 | 0.00 |
| Total Memo Allocation Net: | 4,917.85 | | | ------------------ | ------------------ | ------------------ |
| | | | | 4,921.28 | 1,032.75 | 3,888.53 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,032.75    1,032.75

LFORM24

Ver: 11.61