UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                 Case No. 05-45624-BKC-LMI
                                                                                  Chapter 7

**TANIA HERNANDEZ**
SSN: XXX-XX-9421

                Debtor(s)             /

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on March 7, 2007. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: March 7, 2007                                       /s/ Joel L. Tabas
                                                                 JOEL L. TABAS, Trustee
                                                                 25 SE 2ND AVE., STE. 919
                                                                 MIAMI, FL  33131-1538
                                                                 Telephone: (305) 375-8171
                                                                 Telefax:  (305) 381-7708

**EXHIBIT "C"**
# PROPOSED DISTRIBUTION

Case Number: 05-45624    LMI                                             Page 1                                                Date: March 7, 2007
Debtor Name: HERNANDEZ, TANIA

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type  -** | | | | | | | |
| | JOEL L. TABAS, TRUSTEE COMPENSATION | Admin | | $974.69 | $974.69 | $0.00 | $0.00 | $0.00 |
| | JOEL L. TABAS, TRUSTEE EXPENSES | Admin | | $8.32 | $8.32 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $983.01 | $983.01 | $0.00 | $0.00 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees (Trustee** | | | | | | | |
| | Tabas, Freedman, Soloff & Miller, P.A.<br>25 SE 2 Ave., Ste. 919<br>Miami, FL  33131-1538 | Admin | 001 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3110-00** | | | $600.00 | $600.00 | $0.00 | $0.00 | |
| | **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | |
| | Tabas, Freedman, Soloff & Miller, P.A.<br>25 SE 2 Ave., Ste. 919<br>Miami, FL  33131-1538 | Admin | 001 | $100.83 | $100.83 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3120-00** | | | $100.83 | $100.83 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative    100.00 % | | | $1,683.84 | $1,683.84 | $0.00 | $0.00 | |
| | **Claim Type 7100-90 - Payments to Unsecured Credit** | | | | | | | |
| 000001 | Chase Bank USA NA<br>c/o Weinstein & Riley PS<br>2101 4th Ave # 900<br>Seattle WA 98121 | Unsec | 070 | $1,993.66 | $516.23 | $1,477.43 | $0.00 | $0.00 |
| 000002 | FDS Bank<br>TSYS Debt Mgmt Inc<br>POB 137<br>Columbus GA 31902 | Unsec | 070 | $373.92 | $96.82 | $277.10 | $0.00 | $0.00 |
| 000003 | eCAST Settlement Corporation assignee of<br>Household Finance Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsec | 070 | $6,186.36 | $1,601.88 | $4,584.48 | $0.00 | $0.00 |

**EXHIBIT "C"**
## PROPOSED DISTRIBUTION

Case Number: 05-45624    LMI                                          Page  2                                          Date: March 7, 2007
Debtor Name: HERNANDEZ, TANIA

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Subtotal For Claim Type 7100-90** | | | $8,553.94 | $2,214.93 | $6,339.01 | $0.00 | |
| | Subtotals For Class Unsecured | 25.89 % | | $8,553.94 | $2,214.93 | $6,339.01 | $0.00 | |
| << Totals >> | | | | $10,237.78 | $3,898.77 | $6,339.01 | $0.00 | $0.00 |