**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Case No.    05-45624-BKC-LMI
Chapter 7

**TANIA HERNANDEZ**
SSN: XXX-XX-9421

_____Debtor(s)_____/

**TRUSTEE'S FINAL ACCOUNT,**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED,**
**APPLICATION TO BE DISCHARGED**
**AND**
**REVIEW BY UNITED STATES TRUSTEE**

I, JOEL L. TABAS, trustee of the estate of the above-named Debtor(s), certify pursuant to FRBP 5009 to the Court and the United States Trustee that this estate has been fully administered.  The Trustee's Final Report was filed and proper distribution of fees, expenses and dividends has been completed.  No funds or assets of the estate remain.

Therefore, I request that this Final Account be accepted and that the Court order the case closed and that I be discharged as trustee.

I declare under penalty of perjury that this Final Account and the accompanying documents are true and correct to the best of my knowledge and belief.

Date: April 16, 2007

/s/ Joel L. Tabas
JOEL L. TABAS, Trustee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**REVIEW BY UNITED STATES TRUSTEE**

The United States Trustee has reviewed the Final Account, Certification that the Estate Has Been Fully Administered and Application to be Discharged in accordance with the standards set forth in the MOU dated January 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Felicia S. Turner
United States Trustee
Region 21

Date: _05/23/07_____  By:_____/s/_____

(Rev. 02/01/00)          Page 1 of 2

## TRUSTEE'S FINAL ACCOUNTING

1. $    4,931.52    TOTAL RECEIPTS AND DISBURSEMENTS

## FEES AND EXPENSES

2. $    974.69    Trustee Compensation
3. $    600.00    Fee for Attorney for Trustee
4. $    109.15    Other Professional Fees and All Expenses
(Including Fee for Attorney for Debtor)

## DISTRIBUTIONS

5. $    0.00    Secured Creditors
6. $    0.00    Priority Creditors
7. $    2,214.93    Unsecured Creditors
8. $    0.00    Equity Security Holders
9. $    1,032.75    Other Distributions (including payments to debtor)

| PART A | FORM 4 | 04/16/07 |
|---|---|---|

**Distribution Report for Closed Asset Cases**

Case No.: **05-45624**  
Case Name: **HERNANDEZ, TANIA**  
Trustee Name: **JOEL L. TABAS, TRUSTEE**  
Date: **04/16/07**  
Date Filed / Converted to Ch. 7: **10/14/05 (f)**

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| GROSS RECEIPTS | $4,931.52 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
|   Exemptions | $0.00 | 0.00% |
|   Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $1,032.75 | 20.94% |
| **NET RECEIPTS** | **$3,898.77** | **79.06%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| SECURED CLAIMS | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
|   Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES § 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $974.69 | $974.69 | 19.76% |
|   Trustee Expenses | $8.32 | $8.32 | 0.17% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | $600.00 | $600.00 | 12.17% |
|     Trustee's Firm Legal Expenses | $100.83 | $100.83 | 2.04% |
|     Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Real Estate Commissions | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
|   Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
|   Other Expenses | $0.00 | $0.00 | 0.00% |
|   Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
|   Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
|   U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
|   Court Costs | $0.00 | $0.00 | 0.00% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $1,683.84 | $1,683.84 | 34.14% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1) (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES § 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT § 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS § 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER § 507(a)(2), (5), (6), & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(3) to § 507 (a)(9)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $8,553.94 | $2,214.93 | 44.91% |
| **TOTAL DISBURSEMENTS** | **$10,237.78** | **$3,898.77** | **79.06%** |

F4RECAP

**PART B**                    **FORM 4**                  04/16/07
**Distribution Report for Closed Asset Cases**

Case No.: **05-45624**      Trustee Name: **JOEL L. TABAS, TRUSTEE**
Case Name: **HERNANDEZ, TANIA**      Date: **04/16/07**
Date Filed / Converted to Ch. 7: **10/14/05 (f)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
|   Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|   Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|   Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |

F4RECAP