CGFD28 (9/25/06)



ORDERED in the Southern District of Florida on July 12, 2007

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division: Miami

Case Number: 05−45624−LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Tania Hernandez
6491 SW 4 St
Miami, FL 33144

SSN: xxx−xx−9421

*CLERK*
*USBC*
*SDFL*
***FILED***
***7/12/07***

# FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.